IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, LP., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,

    Plaintiffs,

vs.

SARAH DAWN BROWN.,

    Defendant.

Case No. 3:07CV0289

District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON AUGUST 6, 2008 (Doc. #25); GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. #21); ENTERING JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT SARAH DAWN BROWN IN THE AMOUNT OF $5,250.00; ORDERING DEFENDANT SARAH DAWN BROWN TO PAY $420.00 TO PLAINTIFFS FOR COSTS OF THIS SUIT; AND ENJOINING DEFENDANT SARAH DAWN BROWN FROM DIRECTLY OR INDIRECTLY INFRINGING PLAINTIFFS' RIGHTS UNDER FEDERAL OR STATE LAW IN CERTAIN COPYRIGHTED SOUND RECORDINGS LISTED HEREIN**

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #25), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on August 6, 2008 (Doc. #25) is ADOPTED in full;

2. Plaintiffs' Motion for Summary Judgment (Doc. # 21) is GRANTED;

3. Judgment is entered in favor of Plaintiffs and against Defendant Sarah Dawn Brown in the amount of Five Thousand Two Hundred Fifty Dollars ($5,250.00);

4. Defendant Sarah Dawn Brown is ordered to pay Four Hundred Twenty Dollars ($420.00) to Plaintiffs for costs of this suit; and

5. Defendant Sarah Dawn Brown is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in any of the following copyrighted sound recordings:

"I Can Love You" from"Share My world" by "Mary J. Blige" (SR # 238-818); "These Are The Times" from "Enter the Dru" by "Dru Hill" (SR # 290-402); "On Bended Knee" from "II" by "Boyz II Men" (SR # 196-004); "Freaky Thangs" from "Word of Mouf" by "Ludacris" (SR # 304-605); "One Sweet Day" from "Daydream" by "Mariah Carey" (SR # 215-243); "Sweet Lady" from "Tyrese" by "Tyrese" (SR # 237-788); and "5 Steps" from "Dru Hill" by "Dru Hill" (SR # 227-760); and any other sound recordings, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs') (Plaintiffs' Recordings), including without limitation using the internet or any other online media distribution system to reproduce (download) or distribute (upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with express authority of Plaintiffs. Sarah Dawn Brown shall destroy all copies of Plaintiffs' Recordings that she has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in her possession, custody, or control.

_____
Walter Herbert Rice
United States District Judge